**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-6155**

ANTHONY QUENTIN KELLY,

        Plaintiff - Appellant,

    v.

LESLIE A. SIMPSON, Case Management Specialist; STATE OF MARYLAND,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:16-cv-04067-RDB)

Submitted: June 15, 2017                       Decided: July 10, 2017

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Quentin Kelly, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kelly v. Simpson*, No. 1:16-cv-04067-RDB (D. Md. Jan. 13 & 26, 2017). We deny Kelly's motion for emergency reversal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*